1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAYTON E. BUTSCH,

                    Petitioner,

    v.

SCOTT SPEER,

                    Respondent.

CASE NO. 2:25-cv-00162-RAJ-MLP

ORDER ADOPTING REPORT
AND RECOMMENDATION

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Michelle L. Peterson (Dkt. # 6), all objections thereto[1], and the remaining record, the Court finds and **ORDERS** the following:

(1)    The Report and Recommendation is **APPROVED** and **ADOPTED**.  (Dkt. # 6).

---

[1] Petitioner filed objections to Judge Michelle Peterson's Report and Recommendation.  Dkt. # 7.  The Court reviewed all ten objections and finds that no objection substantively responds to Judge Peterson's legal conclusions regarding Petitioner's failure to respond to the Court's Order to Show Cause.  The objections consist of general statements of the law with a citation to legal authority, but there is no specific analysis or reasoning applying the law(s) to the facts of this case.  The objections lack merit nonetheless.  No objection references the spendable balance of $648.05 in the prison trust account or why Petitioner never paid the $5.00 filing fee.

ORDER - 1

(2)    This action is **DISMISSED** for failure to prosecute.

(3)    Petitioner's application for leave to proceed *in forma pauperis* is **STRICKEN** as moot.  Dkt. # 1.

(4)    The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

Dated this 5th day of May, 2025.

*Richard A Jones*
_____

The Honorable Richard A. Jones
United States District Judge

ORDER - 2